PER CURIAM.
The order granting the defendant’s motion to vacate his guilty plea is affirmed on the authority of Edwards v. State, 393 So.2d 597 (Fla. 3d DCA 1981). See also Ginebra v. State, 498 So.2d 467 (Fla. 3d DCA 1986); Rodriguez v. State, 487 So.2d 1224 (Fla. 4th DCA 1986); Martinez v. State, 475 So.2d 1292 (Fla. 3d DCA 1985). We acknowledge that our decision, as well as the authorities cited in support of it, *1257 conflicts with Hahn v. State, 421 So.2d 710 (Fla. 1st DCA 1982).
Affirmed.